IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

                Plaintiff,

            v.                            25-CV- 795

ONE (1) 2016 TOYOTA 4RUNNER
BEARING NEW YORK PLATE KDC1673,
VIN: JTEBU5JR6G5317426,

                Defendant *in rem*.
_____

## VERIFIED COMPLAINT FOR FORFEITURE

The United States of America, by its attorneys, Michael DiGiacomo, United States Attorney for the Western District of New York, and Mary Clare Kane, Assistant United States Attorney, of counsel, for its Verified Complaint herein alleges as follows:

## CAUSE OF ACTION

1.      This is an action *in rem* pursuant to Title 21, United States Code, Section 881(a)(4) for the forfeiture of One Black 2016 Toyota 4Runner, VIN: JTEBU5JR6G5317426 (hereinafter "the Defendant Vehicle"), which was seized on or about April 10, 2025, in Buffalo, New York.

## JURISDICTION AND VENUE

2.      This Court has subject matter jurisdiction of this action pursuant to Title 28, United States Code, Sections 1345 and 1355(a), and *in rem* jurisdiction pursuant to Title 28,

1

United Sates Code, Sections 1355(b) and 1355(d). Venue is properly premised in the Western District of New York pursuant to Title 28, United Sates Code, Section 1395 and Title 21, United Sates Code, Section 881(j).

## BASIS FOR FORFEITURE

3. The facts and circumstances supporting the forfeiture of the Defendant Vehicle are contained in the Affidavit of Federal Bureau of Investigation ("FBI") Special Agent ("SA") Curtis R. Middlebrooks, a copy of which is attached hereto as Exhibit 1 and incorporated as though fully set forth herein, and has been provided to the Court with an application that it remain under seal until further order of the Court.

4. The Defendant Vehicle was seized on the basis that it was used, or intended for use to transport, or in any manner to facilitate the transportation, sale, receipt, possession or concealment of controlled substances, and therefore is subject to forfeiture pursuant to Title 21, United States Code, Section 881(a)(4).

## INITIATION OF CIVIL JUDICIAL ACTION

5. On or about June 10, 2025, the FBI received a claim from Fransisca Bueno, which halted the administrative forfeiture proceedings against the Defendant Vehicle and referred the case for judicial forfeiture proceedings.

## CONCLUSION AND REQUEST FOR RELIEF

Based on all of the facts set forth in the Affidavit of FBI SA Curtis R. Middlebrooks, filed under seal, the circumstances surrounding those facts, and the experience and training of law enforcement officers involved, there is a reasonable belief that the Defendant Vehicle was used, or intended for use to transport, or in any manner to facilitate the transportation, sale, receipt, possession or concealment of controlled substances, and therefore is subject to forfeiture pursuant to Title 21, United States Code, Section 881(a)(4).

**WHEREFORE**, the United States of America respectfully requests that:

(1)   an arrest warrant *in rem* be issued for the arrest of the Defendant Vehicle;

(2)   all persons having any interest therein be cited to appear herein and show cause why the forfeiture should not be decreed;

(3)   a judgment be entered declaring the Defendant Vehicle be condemned and forfeited to the United States of America for disposition in accordance with the law;

(4)   the costs of this suit be paid to and recovered by the United States of America; and

(5)   the Court grant such order and further relief as deemed just and proper.

Date:  August 29, 2025
      Buffalo, New York.

                                 MICHAEL DIGIACOMO
                                 United States Attorney
                                 Western District of New York

                        BY:   *s/Mary Clare Kane*
                                 MARY CLARE KANE
                                 Assistant United States Attorney
                                 United States Attorney's Office
                                 Western District of New York
                                 138 Delaware Avenue
                                 Buffalo, New York   14202
                                 (716) 843-5809
                                 mary.kane@usdoj.gov

STATE OF NEW YORK )
COUNTY OF ERIE ) ss.:
CITY OF BUFFALO )

CURTIS R. MIDDLEBROOKS, being duly sworn, deposes and says:

I am a Special Agent with the Federal Bureau of Investigation ("FBI"), Buffalo, New York Field Office, and I am familiar with the facts and circumstances surrounding the seizure of One Black 2016 Toyota 4Runner VIN: JTEBU5JR6G5317426 seized on or about April 10, 2025. The facts alleged in the Verified Complaint for Forfeiture are true to the best of my knowledge and belief and based upon my personal knowledge and information furnished to me by officers and agents of the FBI and provided to officials of the United States Department of Justice.

*s/Curtis R. Middlebrooks*
CURTIS R. MIDDLEBROOKS
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to
before me on August 27, 2025.

*s/Gabriela Kick*
Notary Public
**GABRIELA KICK**
Notary Public, State of New York
Qualified in Niagara County
My Commission Expires: 09/04/2026