U.S. Department of Justice  
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 25-CV-795 |
| **DEFENDANT** | **TYPE OF PROCESS** |
| 2016 TOYOTA 4RUNNER, VIN: JTEBU5JR6G531746 | Arrest Warrent in Rem for Complaint |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN  
2016 TOYOTA 4RUNNER, VIN: JTEBU5JR6G531746

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*  
One FBI Plaza, Buffalo, New York 14202

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Michael DiGiacomo, USA  
Attn: Mary Clare Kane/Gargy Monterville   716-843-5718  
United States Attorney's Office

Number of process to be served with this Form 285: 1  
Number of parties to be served in this case: 1  
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

25-FBI-003448

Signature of Attorney other Originator requesting service on behalf of:  
**MARY KANE** Digitally signed by MARY KANE Date: 2025.10.07 14:42:10 -04'00'  
☒ PLAINTIFF  
☐ DEFENDANT  

TELEPHONE NUMBER: 716-843-5809  
DATE: 10/7/2025

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)*  
Total Process: 1  
District of Origin No. 55  
District to Serve No. 55  
Signature of Authorized USMS Deputy or Clerk: Jenelle C Yaeger  
Date: 10/7/2025

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*  

Date: 10/14/2025   Time: N/A   ☐ am ☐ pm

Address *(complete only different than shown above)*  

Signature of U.S. Marshal or Deputy: Jenelle C Yaeger

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

[FILED STAMP: UNITED STATES DISTRICT COURT, FILED OCT 1 4 2025, MARY C. LOEWENGUTH, CLERK, WESTERN DISTRICT OF NY]

Form USM-285  
Rev. 03/21

**U.S. Department of Justice**
United States Marshals Service

**Process 055-1:2025-CV-00795-1 | Cost Worksheet**
Printed on: 10/14/2025

## PROCESS INFORMATION

| Case Type | Origin District | Serving District | Case Caption |
|---|---|---|---|
| CV - Civil | W/NY - BUFFALO | W/NY - BUFFALO | United States of America v. 2016 Toyota 4Runner; VIN#531746 |
| Civil/Criminal | Attribute | Process Type | Party to be Served |
| Civil | Government | WarrantArrest | Federal Bureau of Investigation - Asset Forfeiture Unit |

## SUMMARY

| Date/Time of Action | Service Action | Subtotal | Deposit Total | Expense Total |
|---|---|---|---|---|
| 10/07/2025 10:08 EDT | Assigned for Personal Service | | $0.00 | $0.00 |
| 10/14/2025 10:17 EDT | Served | | $0.00 | |
| | Personnel Charges | $65.00 | | $65.00 |
| | Mileage Charges | $0.00 | | |
| **Total Costs** | | | $0.00 | $65.00 |

| | |
|---|---|
| Remaining Balance | $0.00 |
| Amount Owed | $65.00 |
| Remaining Process to Serve: | |

Confidentiality Notice: This report contains unclassified information of a sensitive, proprietary, health data or personally identifiable information (PII) which must be protected against release to unauthorized individuals and is the property of the U.S. Marshals Service. All emails, including all attachments, containing PII must be encrypted. Neither it nor its content may be disseminated outside the agency or personnel to which loaned without prior U.S. Marshals Service Authority. It is to be maintained, distributed, secured and disposed of in a manner that will protect the information against unauthorized disclosure and in accordance with The Privacy Act of 1974, 5 USC § 552a.
UNCLASSIFIED//FOR OFFICIAL USE ONLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

               Plaintiff,

v.                           25-CV-795

ONE (1) 2016 TOYOTA 4RUNNER,
BEARING NEW YORK PLATE KDC1673,
VIN: JTEBU5JR6G5317426,

               Defendant *in rem*.

---

### ARREST WARRANT IN REM

**TO:  UNITED STATES MARSHALS SERVICE FOR THE WESTERN DISTRICT OF NEW YORK AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:**

      **WHEREAS**, on August 29, 2025, a Verified Complaint of Forfeiture was filed in the United States District Court for the Western District of New York, by Michael DiGiacomo, United States Attorney, on behalf of the United States of America, plaintiff, alleging that the defendant *in rem* is subject to seizure and forfeiture to the United States pursuant to Title 21, United States Code, Section 881(a)(4).

      **YOU ARE, THEREFORE, HEREBY COMMANDED** to arrest and seize the defendant *in rem*, and use discretion and whatever means appropriate to protect and maintain said Defendant Vehicle; and

      **YOU ARE FURTHER COMMANDED** to provide notice of this action to all persons thought to have an interest in or claim against the defendant *in rem*, and that you promptly, after execution of this process, file the same in this Court with your return thereon.

      All persons asserting an interest in the defendant *in rem* and who have received direct notice of the forfeiture action must file a verified claim with the Clerk of this Court pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, **thirty-five (35) days** after the notice is sent; or if notice was published but direct notice was not sent to the claimant or the claimant's attorney, a claim must be filed no later than thirty (30) days after final publication of newspaper notice or legal notice or no later than sixty (60) days after the first day of publication on an official internet government forfeiture site; or within the time that the Court allows, provided any request for an extension of time from the Court is made prior to the expiration of time which the person must file such verified claim. In addition, any person having filed such a claim shall also serve and file an answer to the complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within **twenty-one (21) days** after filing the claim.

      Supplemental Rule G(5) provides in pertinent part: "[t]he claim must: (A) identify the

**SEE REVERSE SIDE FOR ADDITIONAL INFORMATION**

specific property claimed; (B) identify the claimant and state the claimant's interest in the property; (C) be signed by the claimant under penalty of perjury; and (D) be served on the government attorney designated under Rule G(4)(a)(ii)(C) or (b)(ii)(D)."

All persons asserting an interest in the defendant *in rem* are required to file a claim in the Clerk's Office and to answer the complaint within the times above fixed: otherwise, judgment by default will be filed for the relief demanded in the complaint.

Claims and Answers are to be filed with the Clerk, United States District Court for the Western District of New York, 2 Niagara Square, Buffalo, New York 14202, with a copy thereof sent to Assistant United States Attorney Mary Clare Kane, 138 Delaware Avenue, Buffalo, New York 14202. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This warrant is issued pursuant to **Rule G(3) of the Supplementary Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure.**

Additional procedures and regulations regarding this forfeiture action are found at Title 19, United States Code, Sections 1602-1621 and Title 28 Code of Federal Regulations, Section 9.

| WITNESS THE HONORABLE | UNITED STATES DISTRICT JUDGE AT Buffalo, NY |
|---|---|
| Hon. Lawrence J. Vilardo | |
| DATE<br><br>08/29/2025 | CLERK<br><br>(BY) DEPUTY CLERK<br><br>s/Jasmin |

### United States Marshals Service's Return

| DISTRICT | DATE RECEIVED | DATE EXECUTED |
|---|---|---|
| Western New York | 10/07/2025 | 10/14/2025 |
| U.S. MARSHAL<br><br>Charles F. Salina | (BY) DEPUTY MARSHAL<br><br>Jenelle C Yauger | |